**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LIBERTY MUTUAL INSURANCE COMPANY,**

        **Plaintiff,**

           **v.**

**CASALE CONSTRUCTION SERVICES, INC. et al.,**

        **Defendants.**
_____

**1:19-cv-361 (GLS/DJS)**

## **ORDER**

It appearing by the affidavits of counsel for plaintiff Liberty Mutual Insurance Company, that defendants Casale Construction Services, Inc., Northeast Construction Monitoring Services, LLC, Charles Casale, and Karen Casale have failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, default is hereby entered against defendants.

A default having been entered against defendants and counsel for plaintiff having requested judgment against the defaulted defendants and having filed proper affidavits, all in accordance with Federal Rule of Civil Procedure 55, and good cause having been shown,

it is hereby

**ORDERED AND ADJUDGED** that plaintiff recover from defendants, severally and jointly, the sum of $227,183.30, including pre-judgment interest; and it is further

**ORDERED AND ADJUDGED** that plaintiff may seek to amend this Order to include additional losses incurred by plaintiff in connection with the issuance of bonds to Casale Construction Services, Inc. by submitting an affidavit setting forth plaintiff's additional losses; and it is further

**ORDERED AND ADJUDGED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

February 12, 2020
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge